IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:15CR230 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES D. THOMPSON, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| Defendant. | ) | CORPUS AD PROSEQUENDUM |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Bridget M. Brennan, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that James D. Thompson is now confined in the Summit County Jail, Akron, Ohio, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 18, United States Code, 1591 (a)(1) and (b)(2), and pursuant to said charge is to appear for an arraignment on 24th, July,  at 9:30 a.m. in the United States District Court for the Northern District of Ohio, Eastern Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at

Cleveland, Ohio, to produce the defendant before this Court at the above-specified time and

place and for such other and further proceedings as the Court may deem proper as it pertains to

the prosecution of said charges; and that immediately after the said defendant completes this and

any future court proceedings, he be returned to said custodian under safe and secure conduct.

Respectfully submitted,

STEVEN M. DETTELBACH
United States Attorney

By:    /s/ Bridget M. Brennan
Bridget M. Brennan, (OH: 0072603)
Assistant U.S. Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
(216) 622-3810
(216) 685-2378 (facsimile)
Bridget.brennan@usdoj.gov

I, Bridget M. Brennan, do declare under penalty of perjury that the foregoing is true and

correct.

s/ Bridget M. Brennan
Bridget M. Brennan
Assistant United States Attorney

Executed on 7/7/2015

2

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2015, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Bridget M. Brennan
Bridget M. Brennan
Assistant U.S. Attorney